IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 14-cv-0779-WJM-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN JOSEPH RAMOS

    Defendant.

## ORDER GRANTING JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

This matter is before the Court on the Parties' Joint Motion for Entry of Consent Judgment, filed April 29, 2014 (ECF No. 11). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Joint Motion is GRANTED. The Consent Judgment is ACCEPTED and is attached hereto as Order of the Court.

Dated this 29th day of April, 2014.

BY THE COURT:

_William J. Martínez_
William J. Martínez
United States District Judge